4

AO 440 (Rev 10/93) Summons in a Civil Action

Marco Patlan              RETURN OF SERVICE        CA B-03-015

| | DATE 2/27/03 |
|---|---|
| Service of the Summons and complaint was made by me | |
| NAME OF SERVER (PRINT) Gabriel V____ | TITLE Lone Star Civil Process / Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 135 Los Ebanos

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED

MAR 24 2003

Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/27/03
                Date                Signature of Server

LONE STAR CIVIL PROCESS
943 N. EXPY #15-165
BROWNSVILLE, TX 78520

Address of Server

MICHAEL N. MILBY, CLERK
2003 MAR 24 PM 3:35
RECEIVED
SOUTHERN DISTRICT OF TEXAS
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.