UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
APR 1 6 2003
Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-03-015 |
| | § | (Claim No. 81674) |
| MARCO PATLAN, | § | |
| | § | |
| Defendant. | § | |

## CLERK'S ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant. Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time allowed by law. Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against Defendant, Marco Patlan.

Signed on this 16th day of April, 2002, at Brownsville, Texas.

MICHAEL MILBY, DISTRICT CLERK

By: _____
_____, Deputy Clerk