IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

```
JOHNIE WISE,                    )
                                )
        Applicant,              )
                                )
vs.                             )    Misc.Action No. B-03-015
                                )
UNITED STATES OF AMERICA,       )
                                )
        Respondent.             )
```

MOTION FOR ENLARGEMENT OF TIME TO FILE
OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

COMES NOW the Applicant, JOHNIE WISE, pro se, as his own attorney on behalf of himself sui juris, 28 U.S.C. §1654, and moves this Honorable Court for an enlargement of time to file his objections to the Magistrate Judge's Report and Recommendation of December 18, 2003. In support of his motion the Applicant would show and alleges as follows:

1. On or about December 18, 2003, the Magistrate Judge entered his Report and Recommendation in the above-entitled cause.

2. According to the postmark affixed to the envelope in which said report and recommendation was mailed to Applicant within, the envelope was delivered to the post office in Brownsville, Texas on December 19, 2003. See Attached Exhibit "A"

3. Applicant did not receive the report and recommendation

until December 23, 2003. See written verification marked upon the envelope at Exhibit "A".

4. With holidays interrupting mailing services at the Federal Medical Center where Applicant is confined, and due to his inability to access the post office on his own, and by virtue of the fact that the law library will be closed at said facility on December 25 and 26, 2003, it is virtually impossible that Applicant file his objections within the 10 days referenced in the report and recommendation.

5. Applicant believes that he may complete his objections on or about January 2, 2004, and therefore, moves this Court to grant him an enlargement of time up to and including January 7, 2004.

6. The Government will not suffer any prejudice by the enlargement of time requested herein.

7. Unless the Applicant is afforded the requested enlargement of time, he will be unable to file his objections and a grave miscarriage of justice will have been visited upon him.

IT IS SO PRAYED this 23rd day of December, 2003.

Respectfully submitted,

_____
JOHNIE WISE
BOP Reg. No. 82281-079 Dall
Federal Medical Center
P.O. Box 15330
Fort Worth, Texas 76119-0330

Applicant Pro Se Sui Juris

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has, this 23rd day of December, 2003, been served on Mr. Michael T. Shelby, United States Attorney, 1701 W. Business 83, Suite #600, McAllen, Texas 78501-5160, by placing a copy of same in the "Red" legal mail deposit box at the Federal Medical Center, Fort Worth, Texas, for delivery to the United States Post Office by prison authorities with proper first-class postage affixed thereto.

                                          _/s/ Johnie Wise_____
                                          JOHNIE WISE
                                          Applicant Pro Se Sui Juris

**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**POST OFFICE BOX 61010**
**HOUSTON, TEXAS 77208**

OFFICIAL BUSINESS

```
Johnie  Wise   1:03-mc-00015 7 pty
Prisoner no. 82271-079
Federal Medical Center
P O Box 15330
Fort Worth, Tx  76119
```

*Johnie Wise*
*Received thru*
*Regular Mail Channels*
*12-23-03*
*David Jocam*
*Gary Hold*
*Witnessed by*



Hasler
$00.830
Mailed From 77002
12/19/2003
US POSTAGE
012H6202988